UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CN RE: CHARLES E. OSMAN and : CHAPTER 13
DOREEN OSMAN :
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
CHARLES E. OSMAN and :
DOREEN OSMAN :
    Respondent(s) : CASE NO. 1-20-bk-02563

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 1st day of October, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

    2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Last paystub dated October, 2020 (Doreen).

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

   AND NOW, this 8th day of October, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Miner, Esquire
635 N. 12th Street, Suite 101
Lemoyne, PA   17043

               /s/Deborah A. Behney
               Office of Charles J. DeHart, III
               Standing Chapter 13 Trustee

Case 1:20-bk-02563-HWV    Doc 16    Filed 10/08/20    Entered 10/08/20 10:00:37    Desc
Main Document     Page 2 of 2