Certificate Number: 01721-PAM-DE-035056000

Bankruptcy Case Number: 20-02563



01721-PAM-DE-035056000

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 4, 2020</u>, at <u>8:00</u> o'clock <u>PM EST</u>, <u>Charles Osman</u> completed a course on personal financial management given <u>by telephone</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:    <u>November 5, 2020</u>        By:     <u>/s/Sarah Chechak for Terri Stocki</u>

                                                 Name:   <u>Terri Stocki</u>

                                                 Title:    <u>Counselor</u>

Certificate Number: 01721-PAM-DE-035055982

Bankruptcy Case Number: 20-02563


01721-PAM-DE-035055982

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 4, 2020</u>, at <u>8:00</u> o'clock <u>PM EST</u>, <u>Doreen Osman</u> completed a course on personal financial management given <u>by telephone</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 5, 2020</u>　　　　　By:   <u>/s/Sarah Chechak for Terri Stocki</u>

　　　　　　　　　　　　　　　　　　Name: <u>Terri Stocki</u>

　　　　　　　　　　　　　　　　　　Title: <u>Counselor</u>