UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Charles E. Osman, and** | : | Case No.: 1-20-BK-02563 |
| **Doreen Osman** | : | |
| | : | |
| Debtors | : | **CHAPTER 13** |
| | : | |
| **Charles E. Osman, and** | : | |
| **Doreen Osman** | : | |
| | : | |
| Objectants | : | |
| | : | |
| | : | |
| **Consumer Portfolio Services, Inc.** | : | |
| | : | |
| Claimant | : | |

## ORDER

UPON consideration of Debtors' Objection to Proof of Claim of Consumer Portfolio Services, Inc., it is **HEREBY ORDERED AND DECREED** that the Proof of Claim filed by Consumer Portfolio Services, Inc., is hereby order to be amended.