IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
   Charles E. Osman, and : CASE NO. 1:20-bk-02563-HWV
   Doreen Osman :
       Debtors : Chapter 13

## CERTIFICATE OF SERVICE

I, Steven P. Miner, Esquire hereby certify that I am on this date serving a copy of the Order Confirming Amended Chapter 13 Plan dated April 14th, 2021, upon the following parties by depositing same in the United States Mail, First Class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, or via electronic means as addressed as follows:

**Attached Mailing Matrix**

Respectfully submitted,

**CALDWELL & KEARNS, P.C.**

Date: 4/15/2021     By:_____
                                                          Steven P. Miner, Esquire
                                                          Attorney I.D. # 38901
                                                          3631 North Front Street
                                                          Harrisburg, PA 17110
                                                          (717) 232-7661
                                                          sminer@cklegal.net

Label Matrix for local noticing
0314-1
Case 1:20-bk-02563-HWV
Middle District of Pennsylvania
Harrisburg
Wed Apr 14 13:25:29 EDT 2021

AES/PHEAA
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

Arcadia
PO Box 6768
Reading, PA 19610-0768

BANK OF MISSOURI
2700 S LORRAINE PL
SIOUX FALLS, SD 57106-3657

CKS Financial
Attn: Bankruptcy
Po Box 2856
Chesapeake, VA 23327-2856

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One N.A.
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX 75014-1419

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5951

Consumer Portfolio Services, Inc.
Attn: Bankruptcy
Po Box 57071
Irvine, CA 92619-7071

(p)CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

Convergent Outsourcing, Inc.
Attn: Bankruptcy
Po Box 9004
Renton, WA 98057-9004

Country Door/Swiss Colony
Attn:Bankruptcy
1112 Seventh Ave
Monroe, WI 53566-1364

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Dauphin County Tax Claim Bureau
2 S. 2nd Street
#1
Harrisburg, PA 17101-2047

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Dish Network
c/o Valor Intelligent Processing
PO Box 551259
Jacksonville, FL 32255-1259

Dr. Steven C. Weller, Inc.
670 Rising Sun Road
Millersburg, PA 17061-1245

Elizabethville Borough
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Family Practice Center, PC
7 Dock Hill Road
Middleburg, PA 17842-8910

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395-1250

First Investors Financial Services
Attn: Bankruptcy
380 Interstate North Parkway, Suite 300
Atlanta, GA 30339-2222

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

Genesis Bc/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

IMC Credit Services, LLC
Attn: Bankruptcy
Po Box 20636
Indianapolis, IN 46220-0636

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JP Harris and Assoicates
PO Box 226
Mechanicsburg, PA 17055-0226

Keystone Collections Group
PO Box 529
Irwin, PA 15642-0529

| | | |
|---|---|---|
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lendmark Financial Services<br>Attn: Bankruptcy<br>1735 N Brown Rd, Ste 300<br>Lawrenceville, GA 30043-8228 |
| p)LENDMARK FINANCIAL SERVICES<br>118 USHER ST<br>COVINGTON GA 30014-2434 | Marilyn Henninger Tax Collector<br>87 E. Broad Street<br>Elizabethville, PA 17023-8507 | Midland Funding<br>Attn: Bankruptcy<br>350 Camino De La Reine Ste 100<br>San Diego, CA 92108-3007 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midnight Velvet<br>Attn: Bankruptcy<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Steven P Miner<br>Caldwell & Kearns, P.C.<br>3631 N. Front Street<br>Harrisburg, PA 17110-1500 |
| Montgomery Ward<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | National Credit Adjusters, LLC<br>327 West 4th Avenue<br>Po Box 3023<br>Hutchinson, KS 67504-3023 |
| National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | National Recovery Agency<br>Attn: Bankruptcy<br>Po Box 67015<br>Harrisburg, PA 17106-7015 | Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 |
| ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Charles E. Osman<br>PO Box 175<br>Elizabethville, PA 17023-0175 |
| Doreen Osman<br>PO Box 175<br>Elizabethville, PA 17023-0175 | PA Department of Revenue<br>Attn: Bankruptcy Department<br>PO Box 280946<br>Harrisburg, PA 17128-0948 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PennState Health<br>PO Box 853<br>Hershey, PA 17033-0853 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Quantum3 Group LLC as agent for<br>Sadino Funding LLC 98083-0788 | Quest Diagnostics<br>PO Box 740775<br>Cincinnati, OH 45274-0775 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 |

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7  601 Penn St
Reading, PA 19601-3544

Santander Consumer USA, Inc.
P.O. Box 560284
Dallas, TX 75356-0284

Schein Ernst Mishra Eye
10 Capital Drive
STE 300
Harrisburg, PA 17110-9412

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

Total Visa/The Bank of Missouri
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118-5710

US Asset Mgmt Inc
PO Box 981002
Boston, MA 02298-1002

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Upper Dauphin Area School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Webbank/Gettington
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Webcollex LLC D/B/A CKS Financial
PO Box 2856
Chesapeake, VA 23327-2856

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Continental Finance Company
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

Frontier Communication
Attn: Bankruptcy
19 John St.
Middletown, NY 10940

Lendmark Financial Services, LLC
2118 Usher Street
Covington, GA 30014

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

(u)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS

End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74