**Information to identify the case:**

Debtor 1: CHARLES E OSMAN

Debtor 2: DOREEN OSMAN

United States Bankruptcy Court for the: MIDDLE District of PA

Case number: 20-02563

# NOTICE OF ADDRESS CHANGE

WEBCOLLEX LLC D/B/A CKS FINANCIAL (hereinafter "Creditor") hereby gives notice that all presently held or future payments and/or correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address:

☑ CHANGE IN NOTICE ADDRESS

| Prior Notice Address | New Notice Address |
|---|---|
| WEBCOLLEX LLC D/B/A CKS FINANCIAL<br><br>PO Box 2856<br><br>Chesapeake, VA 23327 | WEBCOLLEX LLC D/B/A CKS FINANCIAL<br><br>PO Box 788<br><br>Kirkland, WA 98083-0788 |

☑ CHANGE IN PAYMENT ADDRESS

| Prior Payment Address | New Payment Address |
|---|---|
| WEBCOLLEX LLC D/B/A CKS FINANCIAL<br><br>PO Box 2856<br><br>Chesapeake, VA 23327-2332 | WEBCOLLEX LLC D/B/A CKS FINANCIAL<br><br>PO Box 2489<br><br>Kirkland, WA 98083-2489 |

Claim No.: 9

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed By: /s/ Joshua Resnick

Date: 05/20/2024

Authorized agent for Creditor

Print Name: Joshua Resnick