| | | |
|---|---|---|
| IN RE: CHARLES E. OSMAN<br>DOREEN OSMAN<br>Debtor(s) | ) ) ) ) | Chapter 13<br><br>Case No.: 1:20-bk-02563-HWV |
| SANTANDER CONSUMER USA INC.<br>Plaintiff(s)/Movant(s),<br>vs.<br>CHARLS E. OSMAN<br>DOREEN OSMAN<br>Defendant(s)/Respondent(s) | ) ) ) ) ) ) ) ) ) ) ) | Nature of Proceeding: Motion For Stay Relief<br><br>Document #: 62 |

## REQUEST TO REMOVE MATTER FROM HEARING/TRIAL LIST

**CHECK ONE:**

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 10/28/24

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Santander Consumer USA Inc.