United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Charles E. Osman  
Doreen Osman  
    Debtors

Case No. 20-02563-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Sep 17, 2025      Form ID: 3180W      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles E. Osman, Doreen Osman, PO Box 175, Elizabethville, PA 17023-0175 |
| 5372345 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5354859 | + | Dauphin County Tax Claim Bureau, 2 S. 2nd Street, #1, Harrisburg, PA 17101-2047 |
| 5354861 | + | Dr. Steven C. Weller, Inc., 670 Rising Sun Road, Millersburg, PA 17061-1245 |
| 5354862 | + | Family Practice Center, PC, 7 Dock Hill Road, Middleburg, PA 17842-8910 |
| 5354872 | + | JP Harris and Assoicates, PO Box 226, Mechanicsburg, PA 17055-0226 |
| 5354873 | + | Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 5354876 | + | Marilyn Henninger Tax Collector, 87 E. Broad Street, Elizabethville, PA 17023-8507 |
| 5354886 | + | PennState Health, PO Box 853, Hershey, PA 17033-0853 |
| 5354889 | + | Schein Ernst Mishra Eye, 10 Capital Drive, STE 300, Harrisburg, PA 17110-9412 |
| 5354892 | | US Asset Mgmt Inc, PO Box 981002, Boston, MA 02298-1002 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 17 2025 22:39:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Sep 17 2025 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 17 2025 18:37:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, P.O. Box 961245, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| cr | + | Email/Text: bk@szjlaw.com | Sep 17 2025 18:37:00 | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 5354850 | + | Email/Text: bncnotifications@pheaa.org | Sep 17 2025 18:37:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5427640 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2025 18:47:01 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5354851 | ^ | MEBN | Sep 17 2025 18:36:34 | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 5362504 | + | EDI: TCISOLUTIONS.COM | Sep 17 2025 22:39:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5368576 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 17 2025 18:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5354853 | + | EDI: CKSFINANCIAL.COM | Sep 17 2025 22:39:00 | CKS Financial, Attn: Bankruptcy, Po Box 2856, Chesapeake, VA 23327-2856 |
| 5354855 | | Email/Text: cfcbackoffice@contfinco.com | Sep 17 2025 18:37:00 | Continental Finance Company, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 8099, Newark, DE 19714 |
| 5354852 | + | EDI: CAPITALONE.COM | Sep 17 2025 22:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5359851 | | EDI: CAPITALONE.COM | Sep 17 2025 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354854 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 17 2025 18:37:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5354856 | + | EDI: CONVERGENT.COM | Sep 17 2025 22:39:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 5354857 | + | EDI: CBS7AVE | Sep 17 2025 22:42:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5354858 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2025 18:46:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5354860 | ^ | MEBN | Sep 17 2025 18:36:28 | Dish Network, c/o Valor Intelligent Processing, PO Box 551259, Jacksonville, FL 32255-1259 |
| 5372420 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 17 2025 18:37:00 | Elizabethville Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5354867 | | Email/Text: bankruptcynotification@ftr.com | Sep 17 2025 18:37:00 | Frontier Communication, Attn: Bankruptcy, 19 John St., Middletown, NY 10940 |
| 5354864 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Sep 17 2025 18:37:00 | First Investors Financial Services, Attn: Bankruptcy, 380 Interstate North Parkway, Suite 300, Atlanta, GA 30339-2222 |
| 5354865 | + | EDI: AMINFOFP.COM | Sep 17 2025 22:39:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5354868 | + | EDI: PHINGENESIS | Sep 17 2025 22:42:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5354869 | + | EDI: PHINGENESIS | Sep 17 2025 22:42:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5354870 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 17 2025 18:37:00 | IMC Credit Services, LLC, Attn: Bankruptcy, Po Box 20636, Indianapolis, IN 46220-0636 |
| 5354871 | | EDI: IRS.COM | Sep 17 2025 22:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5354863 | | EDI: BLUESTEM | Sep 17 2025 22:39:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 5354874 | + | EDI: CAPITALONE.COM | Sep 17 2025 22:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5354875 | | Email/Text: bk@lendmarkfinancial.com | Sep 17 2025 18:37:00 | Lendmark Financial Services, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, GA 30043 |
| 5358425 | | Email/Text: bk@lendmarkfinancial.com | Sep 17 2025 18:37:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5371086 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2025 18:47:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5354877 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2025 18:37:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5363842 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2025 18:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5354878 | + | EDI: CBS7AVE | Sep 17 2025 22:42:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5354879 | + | EDI: CBS7AVE | | |

| | | | | |
|---|---|---|---|---|
| 5358719 | + | EDI: CBS7AVE | Sep 17 2025 22:42:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| | | | Sep 17 2025 22:42:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5354880 | + | Email/Text: bankruptcy@ncaks.com | Sep 17 2025 18:37:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5354882 | + | Email/Text: Bankruptcies@nragroup.com | Sep 17 2025 18:37:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5354881 | + | Email/Text: Bankruptcies@nragroup.com | Sep 17 2025 18:37:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5354883 | + | Email/Text: bnc@nordstrom.com | Sep 17 2025 18:37:06 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5358266 | | EDI: AGFINANCE.COM | Sep 17 2025 22:39:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5354884 | + | EDI: AGFINANCE.COM | Sep 17 2025 22:39:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5354885 | ^ | MEBN | Sep 17 2025 18:36:50 | PA Department of Revenue, Attn: Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0948 |
| 5455890 | | EDI: PRA.COM | Sep 17 2025 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5455891 | | EDI: PRA.COM | Sep 17 2025 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5361595 | + | EDI: JEFFERSONCAP.COM | Sep 17 2025 22:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5386644 | | EDI: Q3G.COM | Sep 17 2025 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5369727 | | EDI: Q3G.COM | Sep 17 2025 22:39:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5386645 | + | EDI: Q3G.COM | Sep 17 2025 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5365349 | | EDI: Q3G.COM | Sep 17 2025 22:39:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5354887 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 17 2025 18:37:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 5354890 | + | EDI: SYNC | Sep 17 2025 22:39:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5354888 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 17 2025 18:37:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 5357591 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 17 2025 18:37:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5355252 | ^ | MEBN | Sep 17 2025 18:36:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5358208 | | EDI: AIS.COM | Sep 17 2025 22:39:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

| 5354891 | + EDI: TCISOLUTIONS.COM | | | |
|---|---|---|---|---|
| | | | Sep 17 2025 22:39:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5372419 | + Email/Text: Bankruptcy@keystonecollects.com | | | |
| | | | Sep 17 2025 18:37:00 | Upper Dauphin Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5354893 | + EDI: BLUESTEM | | | |
| | | | Sep 17 2025 22:39:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5358884 | EDI: Q3G.COM | | | |
| | | | Sep 17 2025 22:39:00 | Webcollex LLC D/B/A CKS Financial, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 60

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | * | WEBCOLLEX LLC D/B/A CKS FINANCIAL, PO Box 788, Kirkland, WA 98083-0788 |
| 5354866 | * | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Steven P Miner | on behalf of Debtor 1 Charles E. Osman sminer@cklegal.net  mrenno@cklegal.net |
| Steven P Miner | on behalf of Debtor 2 Doreen Osman sminer@cklegal.net  mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com |
| William E. Craig | |

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles E. Osman | Social Security number or ITIN xxx–xx–5906 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Doreen Osman | Social Security number or ITIN xxx–xx–7611 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-02563-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles E. Osman          Doreen Osman

9/17/25

**By the court:**   _Henry W. Van Eck_ (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**